UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

KIRT JOHN, :
        Plaintiff, :
 :
v. : No. 5:24-cv-0781
 :
PENNSYLVANIA DEPARTMENT OF :
HUMAN SERVICES, *et al.*, :
        Defendants. :
_____

# O R D E R

**AND NOW**, this 2nd day of October, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. The Motions to Dismiss, ECF Nos. 29-30, are **GRANTED**.

2. The Second Amended Complaint, ECF No. 28, is **DISMISSED**.

    A. All federal claims are dismissed with prejudice.

    B. This Court declines to exercise supplemental jurisdiction over the remaining state-law claim and it is dismissed without prejudice to John's ability to file an action in state court.[1]

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] "The period of limitations for any claim asserted under subsection (a) . . . shall be tolled while the claim is pending and for a period of 30 days after it is dismissed unless State law provides for a longer tolling period." 28 U.S.C. § 1367(d).